IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF ALASKA

FILED
APR - 6 2011
CLERK
U.S. BANKRUPTCY COURT
By _____
DEPUTY CLERK

<u>UNCLAIMED DIVIDENDS/DIVIDENDS LESS THAN $5 FOR DEPOSIT TO REGISTRY FUND</u>

DEBTOR: <u>　　DELORIA, PETER J. DELORIA, VICTORIA A.　　</u>

CASE NO.: <u>　　10-00218　　</u>

PLEASE CHECK ONE:

____ UNCLAIMED DIVIDENDS

_X_ DISTRIBUTION LESS THAN $5

| CREDITOR/ADDRESS | CLAIM NO. | AMOUNT |
|---|---|---|
| American Infosource LP As Agent for Citibank (South Dakota) N.A. P.O. Box 244840 Oklahoma City, OK 73124-8840 | 4 | $2.81 |

*(handwritten: 21708  2.81)*

INTEREST EARNED SUBSEQUENT TO DISTRIBUTION OF DIVIDENDS

$ _____

TOTAL:  $ __2.81__

DATE: April 5, 2011                    _____, Trustee
                                       TRUSTEE